```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE MIDDLE DISTRICT OF GEORGIA
                              COLUMBUS DIVISION
```

| | |
|---|---|
| MAURICE ANTONIO HUNTER,         * | |
|       Petitioner                * | |
| vs.                             * | |
|                                   | CASE NO. 4:09-CV-60 (CDL) |
| ANTHONY WASHINGTON and          * | |
| THURBERT E. BAKER,                | |
|                                 * | |
|       Respondents                 | |
|                                 * | |

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on June 12, 2009. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 11th day of August, 2009.

```
                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE
```